Justin J. Fields (SBN 259491)
Meghan C. Killian (SBN 310195)
**DUANE MORRIS LLP**
Spear Tower
One Market Plaza, Suite 2200
San Francisco, California 94105-1127
Tel: (415) 957-3138
Fax: (415) 840-0017
E-mail: JFields@duanemorris.com
MCKillian@duanemorris.com

Attorneys for Plaintiff
Eric Bowers

*IT IS SO ORDERED*
*[signature] Judge Susan Illston*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC BOWERS<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTERANA, INC.<br><br>　　　　　Defendant. | Case No. 3:19-cv-01435-SI<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Eric Bowers ("Bowers") and Defendant Interana, Inc. ("Interana") hereby jointly stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), for dismissal of the above-captioned action with prejudice. Each party is to bear its own costs, expenses, and attorneys' fees.

| **DUANE MORRIS LLP** | **FENWICK & WEST LLP** |
|---|---|
| By: /s/ *Meghan C. Killian*<br>　　Justin J. Fields<br>　　Meghan C. Killian | By: /s/ *Andrew P. Bridges*<br>　　Andrew P. Bridges (SBN 122761)<br><br>　　801 California Street<br>　　Mountain View, CA 94041<br>　　abridges@fenwick.com<br>　　Tel: 650.988.8500<br>　　Fax: 650.938.5200 |
| *Attorneys for Plaintiff Eric Bowers* | *Attorneys for Defendant Interana, Inc.* |

Dated: May 23, 2019

---
1